IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


SOUTHEAST ARKANSAS HOSPICE                                                    PLAINTIFF


V.                                            CASE NO. 4:10CV0721 JMM


KATHLEEN SEBELIUS, SECRETARY
OF THE UNITED STATES DEPARTMENT
OF HEALTH AND HUMAN SERVICE                                                   DEFENDANT

ORDER

Plaintiff's request for an ex parte hearing on its Motion for Temporary Restraining Order

is denied.  The Court will consider the Motion for Temporary Restraining Order upon service of

the motion upon defendant and after defendant has responded.  The Motion for Temporary

Restraining Order remains pending.

IT IS SO ORDERED THIS   5   day of   August  , 2010.


_____
James M. Moody
United States District Judge