**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**SOUTHEAST ARKANSAS HOSPICE, INC.**                                    **PLAINTIFF**

**v.**                            **CASE NO. 4:10CV00721 BSM**

**DEPARTMENT OF HEALTH**
**AND HUMAN SERVICES,**
Kathleen Sebelius, Secretary                                            **DEFENDANT**

## JUDGMENT

Pursuant to the order entered on this date, judgment is entered (1) dismissing plaintiff's claims as to fiscal years ending 2004, 2005, and 2007 and (2) permanently enjoining the Secretary from enforcing 42 C.F.R. § 418.309(b) against plaintiff for fiscal year ending 2009.

Dated this 24th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE